United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN PRATER, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-113 |
| SELECT PORTFOLIO SERVICING, INC., | § § § | |
| Defendant. | § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Stephen and Melinda Sue Prater and Defendant Select Portfolio Servicing, Inc. have jointly stipulated to voluntarily dismiss all claims asserted in this action with prejudice. (Stipulation of Dismissal, Doc. 5) The Stipulation dismisses Plaintiffs' causes of action with prejudice without court order.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on September 14, 2023.

_____
Fernando Rodriguez, Jr.
United States District Judge